SCANNED

Carlos Hardy #317353
Turney Center Industrial Prison
1499 R.W. Moore Memorial Highway
Only, TN 37140-4050

RECEIVED
IN CLERK'S OFFICE
NOV 18 2010
U.S. DISTRICT COURT
MID. DIST. TENN.

November 16, 2010

Office of the Clerk
United States District Court
Nashville, TN 37203

RE: Filing Fee for Case # 3:10-1049

Order
Upon review, this letter is deemed sufficient to justify service of process on Respondent who shall respond within 30 days to the amended petition.
[signature]
USM
11-22-10

Dear Clerk,

Please find enclosed a copy of the Petitioner trust fund account personal withdraw request. The ($5.00) five dollars filing fee was processed on the 3rd day of November 2010.

I have received the copy of the order that denied my application to proceed in forma pauperis, in which gave me twenty one (21) days from the date of November 10, 2010 to submit the filing fee in full.

The Petitioner had $5.00 five dollars deducted from his trust fund account to pay the filing fee for his pro'se Habeas Corpus on the 3rd day of November, 2010.

(11)