UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CARLOS HARDY, | ) |
| Petitioner, | ) ) ) |
| v. | ) NO. 3:10-1049 ) |
| BRUCE WESTBROOKS, Warden, | ) Judge Sharp/Bryant ) |
| Respondent. | ) |

### **O R D E R**

Petitioner, through counsel, has filed his Motion For Status Conference (Docket Entry No. 33).

Petitioner Hardy has filed his petition for writ of habeas corpus and an amended petition (Docket Entry Nos. 1 and 16). The respondent has filed his answer (Docket Entry No. 28) responding to the respective claims in the petition. Respondent also has filed certain documents from petitioner's state court post-conviction proceedings (Docket Entry No. 29).

If petitioner wishes to file a reply to the respondent's answer, petitioner may do so on or before **Friday, July 22, 2011**.

Given the state of the pleadings in this action, the undersigned Magistrate Judge finds that a status conference at this time is not necessary or helpful. Therefore, petitioner's motion for status conference is **DENIED** without prejudice to petitioner's right to file a similar motion at a later time.

It is so **ORDERED**.

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge